**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| World Health Alternatives, | ) | Case No. 06-10166(PJW) |
| Inc., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**ORDER**

For the reasons set forth in the Court's memorandum opinion of this date, the Debtors' motion (Doc. # 310) for entry of an order approving a settlement agreement among the Official Committee of Unsecured Creditors, the Debtors, and CapitalSource Finance, LLC is **GRANTED**.

_____
Peter J. Walsh
United States Bankruptcy Judge

Date: July 7, 2006